UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 2 6 2016

Anthony John Fox,

          Plaintiff,

–v–

43 Realty Owners LLC,

          Defendant.

16-cv-3163 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff Anthony John Fox moves to transfer this action to the Eastern District of New York. DKt. No. 20. The request is unopposed by Defendant 43 Realty Owners LLC. *Id.* Plaintiff represents that the parties recently confirmed that the property at issue in this Americans with Disabilities Act case is located in the Brooklyn Division of the Eastern District. Accordingly, and in light of the parties' consent to the transfer, *see* 28 U.S.C. § 1404(a), the motion to transfer is GRANTED. The Clerk of Court is directed to transfer this case accordingly.

    This resolves Docket No. 20.

SO ORDERED.

Dated: September 26, 2016
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1