# KLEIN SLOWIK PLLC

### ATTORNEYS AT LAW

### 90 BROAD STREET, SUITE 602 · NEW YORK, NY 10004
### TELEPHONE: (212) 564-7560 · TELEFAX: (212) 564-7845

DANIEL J. SCHNEIDER, COUNSEL
DSCHNEIDER@BUILDINGLAWNYC.COM

WRITER'S DIRECT NUMBER
(212) 564-7560 x111

March 14, 2017

*__Via ECF__*

Hon. Robert M. Levy
United States Magistrate Judge, Eastern District of New York
United States District Court
225 Cadman Plaza East, Courtroom
Brooklyn, New York 11201

> Re:   Fox v. 43 Realty Owners, LLC, Case No. 1:16-cv-05513-ILG-RML
>        Request to Stay Proceedings Pending Settlement Discussions
>        Our File No.: 2868

Dear Judge Levy:

This office represents plaintiff, 43 Realty Owners, LLC in the above referenced action. The purpose of this joint letter, endorsed by plaintiff's counsel, Todd W. Shulby, is to inform the Court that the parties are in serious settlement discussions and also to request that the Court stay proceedings pending the conclusion of settlement discussion, including the deadline on which to complete mediation. We are confident that we are close to concluding this matter and would like to be able to do so without running afoul of any deadlines.

Thank you for your consideration in this matter. Please advise whether the Court is amenable to this request

Very truly yours,

KLEIN SLOWIK, PLLC

DANIEL J. SCHNEIDER

AGREED AND CONFIRMED

TODD W. SHULBY, P.A.

TODD W. SHULBY

DJS/tim