UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTHONY JOHN FOX,

    Plaintiff,

- against -

43 REALTY OWNERS LLC,

    Defendant.

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREDJUDICE**

CASE NO.: 1:16-cv-05513-ILG-RML

    The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement.

    Dated this 13th day of April, 2017.

Respectfully submitted,

The Plaintiff,
By his attorneys,

_____ for
Edward N. Garno, Esq.
147 Central Street, Suite 213
Lowell, Massachusetts 01852
Telephone: (978) 687-7805
Facsimile: (978) 446-1311
E-mail: edgarno@hotmail.com
Massachusetts Bar No.: 564378
Lead Counsel for Plaintiff

_____
Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Florida Bar No.: 068365
Co-Counsel for Plaintiff

The Defendant,
By its attorneys,

_____
Daniel J. Schneider, Esq.
Bar No.: DS7366
E-mail: dschneider@buildinglawnyc.com
Klein Slowik PLLC
90 Broad Street, Suite 602
New York, NY 10004
Telephone: (212) 564-7560
Facsimile: (212) 564-7845
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Daniel J. Schneider, Esq.

I HEREBY CERTIFY that on April 14, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will send a notice of electronic filing by U.S. Mail to the following: None.

By: /s/Todd W. Shulby, Esq.
Florida Bar No.: 068365